UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Paul R. Ridgeway
Rosalind D Ridgeway

Case No. _____

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☐ Debtor has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☒ Debtor has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ Debtor was not employed during the 60 days preceding the filing of the petition;

☒ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

☒ Debtor was self-employed during the 60 days preceding the filing of the petition;

☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

☐ Other (please explain): Debtor has filed copies of his only 2 paychecks received from Ramsey County. He began part-time work in November, 2010.

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: X /s/ Paul R. Ridgeway   Date: 12-30-10

*************************************************

☐ Joint Debtor has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☒ Joint Debtor has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☒ Joint Debtor was not employed during the 60 days preceding the filing of the petition;

☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: /s/ Rosalind D. Ridgeway   Date: 12-30-10

**Ramsey County**
15 West Kellogg Blvd.
St. Paul, MN 55102

Paul R Ridgeway
9774 Urbandale Avenue N.
Maple Grove, MN 55311

| Pay Group: | BWK-Biweekly Paid Employees | Business Unit: RAMSY |
| --- | --- | --- |
| Pay Begin Date: | 11/13/2010 | Check #: 07122887 |
| Pay End Date: | 11/26/2010 | Check Date: 12/10/2010 |

| Employee ID: | [redacted] |
| --- | --- |
| Department: | 21A01-County Mgr/Admin |
| Location: | City Hall/Court House |
| Job Title: | Executive Assistant - Uncl |
| Pay Rate: | $39.421359 Hourly |

| TAX DATA: | Federal | MN State |
| --- | --- | --- |
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| Description | Rate | Hrs/Unit | Earnings | Hrs/Unit | Earnings |
| Regular-Time Worked | 39.421359 | 20.00 | 788.43 | 20.00 | 788.43 |
| **Total:** | | 20.00 | 788.43 | 20.00 | 788.43 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **Total:** | 0.00 | 0.00 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| **Total:** | 0.00 | 0.00 |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholding | 74.95 | 74.95 |
| Fed MED/EE | 11.43 | 11.43 |
| Fed OASDI/EE | 48.88 | 48.88 |
| MN Withholding | 37.96 | 37.96 |
| **Total:** | 173.22 | 173.22 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | FICA/OASDI GROSS | FICA/MED GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Current: | 788.43 | 788.43 | 788.43 | 788.43 | 173.22 | 0.00 | 615.21 |
| YTD: | 788.43 | 788.43 | 788.43 | 788.43 | 173.22 | 0.00 | 615.21 |

| | VACATION | SICK | FLT/HOL | COMP TIME | HOL/RES |
| --- | --- | --- | --- | --- | --- |
| Start Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| + Earned: | | | | | |
| - Taken: | | | | | |
| ± Adjustments: | | | | | |
| End Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| | |
| --- | --- |
| Check #007122887 | 615.21 |
| **Total:** | 615.21 |

——— REMOVE DOCUMENT ALONG THIS PERFORATION ———



**Ramsey County**
15 West Kellogg Blvd.
St. Paul MN 55102

Paul R Ridgeway
9774 Urbandale Avenue N.
Maple Grove, MN 55311

| | |
|---|---|
| Pay Group: | BWK-Biweekly Paid Employees |
| Pay Begin Date: | 11/27/2010 |
| Pay End Date: | 12/10/2010 |

| | |
|---|---|
| Employee ID: | (redacted) |
| Department: | 21A01-County Mgr/Admin |
| Location: | City Hall/Court House |
| Job Title: | Executive Assistant - Uncl |
| Pay Rate: | $39.421359 Hourly |

| | | |
|---|---|---|
| Business Unit: | RAMSY | |
| Check #: | 07123155 | |
| Check Date: | 12/23/2010 | |
| TAX DATA: | Federal | MN State |
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hrs/Unit | Current Earnings | YTD Hrs/Unit | YTD Earnings |
|---|---|---|---|---|---|
| Regular Time Worked | 39.421359 | 40.00 | 1,576.86 | 60.00 | 2,365.29 |
| **Total:** | | 40.00 | 1,576.86 | 60.00 | 2,365.29 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 212.24 | 287.19 |
| Fed MED/EE | 22.87 | 34.30 |
| Fed OASDI/EE | 97.77 | 146.65 |
| MN Withholding | 90.72 | 128.68 |
| **Total:** | 423.60 | 596.82 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | FICA/OASDI GROSS | FICA/MED GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|
| Current: | 1,576.86 | 1,576.86 | 1,576.86 | 1,576.86 | 423.60 | 0.00 | 1,153.26 |
| YTD: | 2,365.29 | 2,365.29 | 2,365.29 | 2,365.29 | 596.82 | 0.00 | 1,768.47 |

| VACATION | | SICK | | RLT/HOL | | COMP TIME | | HOL RES | |
|---|---|---|---|---|---|---|---|---|---|
| Start Balance: | 0.00 | Start Balance: | 0.00 | Start Balance: | 0.00 | Start Balance: | 0.00 | Start Balance: | 0.00 |
| + Earned: | | + Earned: | | + Earned: | | + Earned: | | + Earned: | |
| - Taken: | | - Taken: | | - Taken: | | - Taken: | | - Taken: | |
| + Adjustments: | | + Adjustments: | | + Adjustments: | | + Adjustments: | | + Adjustments: | |
| End Balance: | 0.00 | End Balance: | 0.00 | End Balance: | 0.00 | End Balance: | 0.00 | End Balance: | 0.00 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Check #007123155 | 1,153.26 |
| **Total:** | 1,153.26 |

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

